LAW OFFICE OF MAI SHAWWA
Mai Shawwa, SBN 236683
1226 L Street
Bakersfield, CA 93301
Tel: (661) 432-7577
Fax: (661) 742-1898
Email: mai@shawwalaw.com

Attorney for:
Ladaireus Jones

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                     Plaintiff,<br><br>            v.<br><br>LADAIREUS JONES,<br><br>                     Defendant. | CASE NO.  1:17-CR-00298-JLT-BAM<br><br>STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE<br><br>DATE: May 9, 2022<br>TIME: 2:00 P.M.<br>COURT: Hon. Barbara A. McAuliffe |

**STIPULATION**

**COMES NOW** Defendant, LADAIREUS JONES, by and through his attorney of record, MAI SHAWWA, and Plaintiff United States of America, by and through its counsel of record, hereby stipulate as follows:

1. By previous order, this supervised release petition was set for a status conference on May 9, 2022.

2. By this stipulation, initiated by the defense, the parties stipulate that the status conference may be continued to July 5, 2022, at 2:00 PM, to allow time for defense review of the discovery, investigation, and settlement discussions.  Because this case involves a pending supervised release petition, no exclusion of time is necessary.

IT IS SO STIPULATED.

1

///

///

DATED: May 5, 2022

Respectfully Submitted,
*/s/ Mai Shawwa*
MAI SHAWWA
Attorney for Defendant
Ladaireus Jones

DATED: May 5, 2022

*/s/Christopher D. Baker*
CHRISTOPHER D. BAKER
Assistant United States Attorney

**ORDER**

Based upon the stipulation and representations of the parties, the Court orders the status conference be continued from May 9, 2022 until **July 5, 2022, at 2:00 PM before Magistrate Judge Stanley A. Boone**.

IT IS SO ORDERED.

Dated: **May 5, 2022**         /s/ *Barbara A. McAuliffe*
                              UNITED STATES MAGISTRATE JUDGE

3