LAW OFFICE OF MAI SHAWWA
Mai Shawwa, SBN 236683
1226 L Street
Bakersfield, CA 93301
Tel: (661) 432-7577
Fax: (661) 742-1898
Email: mai@shawwalaw.com

Attorney for:
Ladaireus Jones

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                   Plaintiff,<br><br>     v.<br><br>LADAIREUS JONES,<br><br>                   Defendant. | CASE NO. 1:17-CR-00298-JLT-BAM<br><br>STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE<br><br>DATE: July 5, 2022<br>TIME: 2:00 P.M.<br>COURT: Hon. Barbara A. McAuliffe |

**STIPULATION**

**COMES NOW** Defendant, LADAIREUS JONES, by and through his attorney of record, MAI SHAWWA, and Plaintiff United States of America, by and through its counsel of record, hereby stipulate as follows:

    1.    By previous order, this supervised release petition was set for a status conference on July 5, 2022.

    2.    By this stipulation, initiated by the defense, the parties stipulate that the status conference may be continued to September 7, 2022, at 2:00 PM.  Because this case involves a pending supervised release petition, no exclusion of time is necessary.

    IT IS SO STIPULATED.

///

1

///

DATED: June 30, 2022

Respectfully Submitted,
*/s/ Mai Shawwa*
MAI SHAWWA
Attorney for Defendant
Ladaireus Jones

DATED: June 30, 2022

*/s/Christopher D. Baker*
CHRISTOPHER D. BAKER
Assistant United States Attorney

## ORDER

Based upon the stipulation and representations of the parties, the Court orders the status conference be continued until September 7, 2022, at 2:00 PM.

IT IS SO ORDERED.

DATED: 7/1/2022

*Sheila K. Oberto*
THE HONORABLE SHEILA K. OBERTO
UNITED STATES MAGISTRATE JUDGE

2